Document Electronically Filed

David R. King, Esq.
dking@herrick.com
Leah Kelman, Esq.
lkelman@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500

Richard S. Mandel, Esq. (*pro hac vice* application to be filed)
rsm@cll.com
Jonathan Z. King, Esq. (*pro hac vice* application to be filed)
jsk@cll.com
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

*Attorneys for Plaintiffs*
*Promotion In Motion, Inc. and*
*Welch Foods Inc., A Cooperative*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PROMOTION IN MOTION, INC. and WELCH FOODS INC., A COOPERATIVE<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KERVAN USA LLC,<br><br>　　　　　Defendant. | 20-CV<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS PROMOTION IN MOTION, INC. AND WELCH FOODS INC., A COOPERATIVE** |

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Promotion In Motion, Inc. ("PIM") certifies that it does not have any parent corporation.  Further, there are no publicly held corporations that own 10% or more of PIM's stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Welch Foods Inc., A Cooperative ("Welch's") certifies that its parent corporation is National Grape Co-Operative Association, Inc., a New York corporation. Further, there are no publicly held corporations that own 10% or more of Welch's or its parent corporation National Grape Co-Operative Association, Inc.'s stock.

Dated: December 24, 2020

HERRICK, FEINSTEIN LLP

By: /s/ David R. King
David R. King
dking@herrick.com
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500

Richard S. Mandel, Esq. (*pro hac vice* application to be filed)
rsm@cll.com
Jonathan Z. King, Esq. (*pro hac vice* application to be filed)
jsk@cll.com
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

*Attorneys for Plaintiffs*
*Promotion In Motion, Inc. and*
*Welch Foods Inc., A Cooperative*