**Document Electronically Filed**

David R. King
dking@herrick.com
Leah Kelman
lkelman@herrick.com
HERRICK FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

Richard S. Mandel (to be admitted *pro hac vice*)
Jonathan Z. King (to be admitted *pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY  10036
(212) 790-9200

Attorneys for Plaintiffs
Promotion In Motion, Inc. and Welch Foods Inc., A Cooperative

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROMOTION IN MOTION COMPANIES, INC., and WELCH FOODS, INC., A COOPERATIVE | 20-CV- |
| Plaintiffs, | |
| v. | **CERTIFICATION OF NON-ARBITRABILITY PURSUANT TO LOCAL CIVIL RULE 201.1** |
| KERVAN USA LLC, | |
| Defendant. | |

Plaintiff, through its undersigned counsel, hereby certify that the alleged damages recoverable in this action exceed $150,000, exclusive of interest and costs.

Dated:  December 24, 2020

HERRICK, FEINSTEIN LLP

By: /s/  *David R. King* _____
David R. King
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 274-2002
Fax: (973) 274-6404
dking@herrick.com

**Of Counsel:**

Richard S. Mandel, Esq.
Jonathan Z. King, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036
(212) 790-9200
*Pro Hac Vice Applications to be filed*

*Attorneys for Plaintiffs Promotion In*
*Motions, Inc. and Welch Foods, Inc., A*
*Cooperative*