**Document Electronically Filed**

David R. King
dking@herrick.com
Leah Kelman
lkelman@herrick.com
HERRICK FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

Richard S. Mandel (to be admitted *pro hac vice*)
Jonathan Z. King (to be admitted *pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200

Attorneys for Plaintiffs
Promotion In Motion, Inc. and Welch Foods Inc., A Cooperative

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PROMOTION IN MOTION, INC., and WELCH FOODS INC., A COOPERATIVE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KERVAN USA LLC,<br><br>　　　　　　Defendant. | 20-CV-<br><br>**STATEMENT PURSUANT<br>TO LOCAL CIVIL RULE 10.1(a)** |

　　　Pursuant to Local Civil Rule 10.1(a), attached hereto as <u>Exhibit A</u> is a Service List that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

<div style="display: flex;">
<div>

Dated:  December 24, 2020

**Of Counsel:**

Richard S. Mandel, Esq.
Jonathan Z. King, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036
(212) 790-9200
*Pro Hac Vice Applications to be filed*

</div>
<div>

HERRICK, FEINSTEIN LLP

By: /s/  *David R. King*
David R. King
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 274-2001
Fax: (973) 274-6404
dking@herrick.com

*Attorneys for Plaintiffs Promotion In Motion, Inc. and Welch Foods, Inc., A Cooperative*

</div>
</div>

2

HF 13622934v.1 #18687/0005

**Document Electronically Filed**

<u>**Exhibit A**</u>

**PROMOTION IN MOTION, INC., and
WELCH FOODS INC., A COOPERATIVE
V.
KERVAN USA LLC**

**CIVIL ACTION NO. _____**

**Service List**

| <u>**Plaintiffs**</u> | <u>**Defendant**</u> |
|---|---|
| Promotion In Motion, Inc.<br>25 Commerce Drive<br>Allendale, New Jersey 07401 | Kervan USA LLC<br>1139 Lehigh Avenue, Suite 300 C<br>Whitehall, PA 18052-5518 |
| Welch Foods, Inc.<br>300 Baker Avenue<br>Suite 101<br>Concord, MA 01732 | |

<u>**Plaintiffs' Counsel**</u>

David R. King
dking@herrick.com
Leah Kelman
lkelman@herrick.com
HERRICK FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

Richard S. Mandel (to be admitted *pro hac vice*)
Jonathan Z. King (to be admitted *pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200

HF 13622934v.1 #18687/0005