Document Electronically Filed

David R. King, Esq.
dking@herrick.com
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500
*Attorneys for Plaintiffs*
*Promotion In Motion, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROMOTION IN MOTION, INC., and WELCH FOODS INC., A COOPERATIVE<br><br>Plaintiffs,<br><br>v.<br><br>KERVAN USA LLC,<br><br>Defendant. | 20-CV-<br><br>**PLAINTIFF'S RULE 11.2 DISCLOSURE STATEMENT** |

Plaintiffs, through their undersigned counsel, Herrick, Feinstein LLP, hereby certify that the matter in controversy is not the subject of any other pending action.

Dated:  December 24, 2020

**Of Counsel:**

Richard S. Mandel, Esq.
Jonathan Z. King, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036
(212) 790-9200
*Pro Hac Vice Applications to be filed*

HERRICK, FEINSTEIN LLP

By: /s/  *David R. King*
David R. King
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 274-2001
Fax: (973) 274-6404
dking@herrick.com

*Attorneys for Plaintiffs Promotion In Motion, Inc.*

HF 13622944v.1 #18687/0005